UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLOBAL MEDIA NETWORK,

                Plaintiff,

-against-

PANDORA,

                Defendant.

25-CV-5555 (LTS)

BAR ORDER UNDER
28 U.S.C. § 1651

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff Global Media Network filed this action *pro se*, and non-party William Scales signed the complaint. By order dated July 23, 2025, the Court dismissed the claims asserted by Global Media Network without prejudice, detailed Scales' extensive litigation history, and ordered Scales to show cause, by filing a declaration, as to why the Court should not bar him from filing new civil actions in this court *in forma pauperis* ("IFP"), either in his own name or his companies' names, without first obtaining permission to file the new action. The Court notified Scales that, should an injunction be imposed, it would take effect as of the date of the July 23, 2025 order. Scales filed a document titled "Order to show cause response" (ECF 6), but in his response, he does not state any facts in support of an argument that the injunction should not be imposed. Accordingly, the bar order will issue. Any case Scales filed in his own name, or his companies' names, as of July 23, 2025, is subject to this injunction and may be dismissed under this injunction.

## CONCLUSION

      The Court hereby bars William Scales from filing future civil actions IFP in this court, either in his own name or his companies' names, without first obtaining from the court leave to file. *See* 28 U.S.C. § 1651. Scales must attach a copy of his proposed complaint and a copy of this order to any motion seeking leave to file. The motion must be filed with the Pro Se Intake

Unit of this court. If Scales violates this order and files an action without filing a motion for leave to file, the action will be dismissed for failure to comply with this order. This injunction takes effect as of July 23, 2025.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is further directed to enter a civil judgment in this action.

SO ORDERED.

Dated:   September 11, 2025
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge